

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00490-CV

IN THE INTEREST OF K.P.M., CHILD

Appeal from the 247th District Court of Harris County (Tr. Ct. No. 2012-73293).

**TO THE 247TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of December 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on June 17, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, and inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. Accordingly, the Court **grants** counsel's motion to withdraw. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

The Court further **orders** that the mandate be issued immediately with the judgment.

Judgment rendered December 11, 2014.
Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 20, 2015

Date



_Christopher A. Prine_

CHRISTOPHER A. PRINE
CLERK OF THE COURT